```
1  KEVIN V. RYAN  (CSBN 118321)
   United States Attorney
2  JAY R. WEILL  (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE  (ASBN 4305-T78O)
4  Assistant United States Attorney
    9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-6935

7  Attorneys for United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. C-06-3639-MHP |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| vs. | ) CASE MANAGEMENT CONFERENCE |
| | ) AND ORDER |
| DAVOUD DJAVAHERI, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

It is hereby stipulated by and between plaintiff United States of America and defendants Dovoud and Rosa Djavaheri, through their respective counsel, that the Case Management Conference scheduled for October 16, 2006, be continued to November 13, 2006, at 4:00 p.m.

```
                                          KEVIN V. RYAN
                                          United States Attorney

/s/ H. Gordon Oliver, Esq.                /s/ Thomas Moore
H. GORDON OLIVER, ESQ.                    THOMAS MOORE
Attorney for Defendants                   Assistant United States Attorney
Davoud and Rosa Djavaheri                 Tax Division
                                          Attorneys for Plaintiff
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/11/2006

UNITED STATES

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA / IT IS SO ORDERED / Judge Marilyn H. Patel]*

**STIP. TO VACATE PRETRIAL & TRIAL DATES**
**& ORDER (No. C-95-4229-MHP & C-95-4262-MHP)**          1