1  KEVIN V. RYAN   (CSBN.118321)
   United States Attorney
2  JAY R. WEILL  (CSBN. 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE  (ASBN 4305-T78O)
4  Assistant United States Attorney
     10th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-6935

7  Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. C-06-3639-MHP |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO DISMISS AND [proposed] ORDER** |
| **DAVOUD DJAVAHERI, et al,** ) | |
| Defendants. ) | |

It is hereby stipulated by and between plaintiff and defendants Davoud and Rose Djavaheri, through the defendants' undersigned counsel, that this matter be dismissed, each to bear their own costs and attorneys' fees.

KEVIN V. RYAN
United States Attorney

/s/ Harry Gordon Oliver II                       /s/ Thomas Moore
HARRY GORDON OLIVER II                THOMAS MOORE
Attorney for Defendants                         Assistant United States Attorney
  Davoud and Rose Djavaheri                Tax Division
                                                              Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/24/2006

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel